PEOPLE ex rel. BROOKLYN, Q. C. & S. R. CO. v. STEERS. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Proceeding by the People of the State of New York, on the relation of the Brooklyn, Queens County & Suburban Railroad Company, against Alfred E. Steers, President of the Borough of Brooklyn. No opinion. Motion to resettle order granted, without costs. See, also, 158 App. Div. 153, 143 N. Y. Supp. 52.

PEOPLE ex rel. BUCKLEY, Appellant, v. CONKLIN, Town Clerk, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Proceeding by the People of the State of New York, on the relation of Michael F. Buckley, against Charles M. Conklin, Town Clerk of the town of Milo. No opinion. Order affirmed, with costs.

PEOPLE ex rel. BURKE, v. THOMPSON, Com'r. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Proceeding by the People of the State of New York, on the relation of Chas. F. Burke, against Henry S. Thompson, as Commissioner. J. Rouss, of New York City, for relator. H. Crone, of New York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed with $50 costs and disbursements. Order filed.

PEOPLE ex rel. CASSIDY v. WALDO, Police Com'r. (Supreme Court, Appellate Division, Second Department. October 31, 1913.) Proceeding by the People of the State of New York, on the relation of Edward J. Cassidy, against Rhinelander Waldo, as Police Commissioner of the City of New York. No opinion. Determination reversed, with $50 costs and disbursements, on the ground that the charge is not supported by the evidence, and relator reinstated.

PEOPLE ex rel. CENTRAL AUTO SALES CO., Respondent, v. BOARD OF ASSESSORS OF CITY OF UTICA, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Proceeding by the People of the State of New York, on the relation of the Central Auto Sales Company, against the Board of Assessors of the City of Utica. No opinion. Judgment and order affirmed, with costs.

PEOPLE ex rel. CHAPMAN v. WALDO, Police Com'r. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Proceeding by the People of the State of New York, on the relation of Walter S. Chapman, against Rhinelander Waldo, as Police Commissioner, etc.

PER CURIAM. Determination confirmed, with $50 costs and disbursements.

RICH, J., dissents, on the ground that the relator was entitled to a reasonable adjournment for the attendance of his counsel.

143 N.Y.S.—72

PEOPLE ex rel. CITY OF NEW YORK v. DEYO et al., Board of Assessors. (Supreme Court, Appellate Division, Third Department. September 10, 1913.) Proceeding by the People of the State of New York, on the relation of the City of New York, against Nathaniel Deyo and others as members of and constituting the Board of Assessors of the town of Gardiner, Ulster County, State of New York. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. CITY OF NEW YORK v. JANSEN et al., Board of Assessors. (Supreme Court, Appellate Division, Third Department. September 10, 1913.) Proceeding by the People of the State of New York, on the relation of the City of New York, against Charles H. Jansen and others, as members of and constituting the Board of Assessors of the Town of Shawangunk, Ulster County, State of New York. No opinion. Order of Special Term (75 Misc. Rep. 139, 134 N. Y. Supp. 897) reversed, and assessment of relator stricken from the roll as illegal, with $10 costs and disbursements to the relator, on opinion in People ex rel. City of New York v. Deyo and Others, Assessors of the town of Gardiner, 143 N. Y. Supp. 334, decided herewith.

PEOPLE ex rel. CITY OF NEW YORK v. JANSEN et al., Board of Assessors. (Supreme Court, Appellate Division, Third Department. September 10, 1913.) Proceeding by the People of the State of New York, on the relation of the City of New York, against Charles H. Jansen and others, as members of and constituting the Board of Assessors of the Town of Shawangunk, Ulster County, State of New York. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. CONGER et al. v. TOWN BOARD OF TOWN OF SMYRNA. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Proceeding by the People of the State of New York, on the relation of Carl E. Conger and another, against the Town Board of the Town of Smyrna, constituting the Board of Elections. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, without costs.

PEOPLE ex rel. CRAUGH, Appellant, v. CONKLIN, Town Clerk, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Proceeding by the People of the State of New York, on the relation of William S. Craugh, against Charles M. Conklin, Town Clerk of the Town of Milo. No opinion. Order affirmed, with costs.

PEOPLE ex rel. CUSICK, Appellant, v. DALY, Sheriff, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Proceeding by the People of the State of New York, on the relation of Webster Cusick, against Dennis W. Daly, Sheriff of Niagara